IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICK LANE,

    Plaintiff,

vs.                    CASE NO. 5:09cv333/RS-MD

FRANK McKEITHEN,

    Defendant.
_____/

## ORDER

Defendant's Amended Notice Of Objection And Motion To Disallow Attorney's Fees (Doc. 36) is denied without prejudice. If and when the court has awarded attorney's fees, the court will then determine the sufficiency of Plaintiff's attorney's fee records.

**ORDERED** on June 29, 2010.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**