IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICK LANE,

    Plaintiff,

vs.                               CASE NO. 5:09cv333/RS-MD

FRANK MCKEITHEN,

    Defendant.
_____/

## ORDER

Before me is Defendant's motion in limine (Doc. 32). Defendant's motion is **granted** as to evidence concerning Charles Enfinger and evidence relating to the cause determination by the Florida Commission on Human Relations. It is **denied** as to evidence concerning non-black individuals identified as comparators and evidence regarding other black individuals who were also rejected from employment.

**ORDERED** on July 9, 2010.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**