IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PATRICK LANE,

    Plaintiff,

vs.                          CASE NO. 5:09cv333/RS-MD

FRANK MCKEITHEN,

    Defendant.
_____/

## ORDER

Defendant's notice of objection and motion to disallow attorney's fees (Doc. 34), Plaintiff's consent motion to amend (Doc. 50), and the Florida Commission on Human Relations' motions to quash (Doc. 59 and Doc. 60) are denied as moot.

The relief requested by Defendant's consent motion to seal (Doc. 74) is granted.

**ORDERED** on July 19, 2010.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**